**quinn emanuel** trial lawyers | new york

711 Louisiana St., Suite 500, Houston, TX 77002 . Tel (713) 221-7000 . Fax (713) 221-7100

WRITER'S DIRECT DIAL NO.
**(214) 447-0066**

WRITER'S EMAIL ADDRESS
**paulmaslo@quinnemanuel.com**

November 3, 2021



**VIA ECF**
Honorable Katherine Polk Failla
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:    Defendants' Request to Adjourn the Initial Pretrial Conference in *G & G Closed Circuit Events, LLC v. Juan Perez, et al.*, No. 1:21-cv-06210-KPF**

Dear Judge Failla:

I represent Defendants and write to request an adjournment of the initial pretrial conference. Opposing counsel consents to this request.

The conference is scheduled for November 10, 2021, at 4:00 p.m. But Defendants' lead counsel, Alex Spiro, in currently involved in a jury trial and will be unavailable to attend the conference.

Accordingly, there is good cause to grant Defendants' request for an adjournment. This is Defendants' first request, and it would not affect any other scheduled deadlines.

Respectfully submitted,

/s/ Paul B. Maslo

Paul B. Maslo

quinn emanuel urquhart & sullivan, llp
AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Application GRANTED.

The initial pretrial conference in this matter is ADJOURNED to **December 17, 2021, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 25.

Dated:  November 4, 2021
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE