**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
G & G CLOSED CIRCUIT EVENTS, LLC,

                Plaintiff,

-against-                          21 **CIVIL** 6210 (KPF)

                                               **JUDGMENT**

JUAN PEREZ, individually and doing business as
40/40 CLUB; KRYSTIAN SANTINI, individually
and doing business as 40/40 CLUB; and TWENTY
ONES INCORPORATED, an unknown business
entity doing business as 40/40 CLUB,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 31, 2023, because Plaintiff was not an "aggrieved person" under Sections 553 and 605 when it commenced this action, Defendants' motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      January 31, 2023

                                                           **RUBY J. KRAJICK**

                                                             _____
                                                                **Clerk of Court**

                                     **BY:**    *K. Mango*

                                                            _____
                                                                **Deputy Clerk**